## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMILIO MEDILLIN HERNANDEZ,,<br><br>　　　　Defendant. | Case No. 2:22-mj-966-EJY<br><br>**Order to Continue Trial** |

　　　　Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　　　1.　　The parties need additional time to review the discovery in order to prepare for trial and explore a pretrial resolution.

　　　　2.　　The defendant is not in custody and does not object to the continuance.

　　　　3.　　The parties agree to the continuance.

///

///

///

///

///

///

///

///

///

1

4. This request for a continuance is made in good faith and is not intended to delay the proceedings in the matter.

5. Denial of this request for continuance would result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the trial date in the above-captioned matter currently scheduled for May 3, 2023, is hereby VACATED and RESET for August 23, 2023 at 9:00 a.m. in Courtroom 3D.

DATED this 2nd day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE